**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOUGHI PAYEH KHAZHAGH MALEK MIRZAYANS,<br><br>Petitioner,<br>v.<br><br>ACTING OR CURRENT SECRETARY OF HOMELAND SECURITY, et al.,<br><br>Respondents. | Case No. 5:26-cv-07110-JFW-SK<br><br>**ORDER TO SHOW CAUSE AND MODIFIED BRIEFING SCHEDULE** |

Respondents are ORDERED TO SHOW CAUSE in their answer, due by **December 2, 2026**, why the petition under 28 U.S.C. § 2241 should not be granted with petitioner ordered released on his prior order of supervision either (1) because his removal to Iran is not likely in the reasonably foreseeable future, *see Zadvydas v. Davis*, 533 U.S. 678, 701 (2001); *Bui v. Noem*, 2025 WL 4061564, at *3–4 (C.D. Cal. Dec. 30, 2025) (pending travel-document request, without timeline or criteria, "fails to provide the necessary information that would substantiate a claim" of foreseeable removal); or (2) because respondents did not comply with their own agency procedures for revocation of petitioner's order of supervision—including written notice of the reasons for revocation, issued by an authorized official, and a prompt informal interview affording him an opportunity to respond, *see* 8 C.F.R.

§§ 241.4(l)(2)–(3), 241.13(i)(2)–(3); *Noem v. Abrego Garcia*, 145 S. Ct. 1017, 1019 (2025).

Petitioner's reply to respondents' answer is due by no later than **December 16, 2026**. Meanwhile, if petitioner wishes to join the Government's presumptive consent under 28 U.S.C. 636(c), as explained in General Order 26-05, he need only sign, date, and return for filing the completed Form CV-11E (attached) by or before **December 16, 2026**. There are no adverse substantive consequences for declining to consent; it means only that the petition must be addressed in two stages: first with a report and recommendation to the assigned district judge who can then, at the second stage, enter an order accepting, rejecting, or modifying that report and recommendation subject to any timely filed objections. *See* Fed. R. Civ. P. 73(b).

IT IS SO ORDERED.

DATED: November 25, 2026

HON. STEVE KIM
United States Magistrate Judge